JS-6

FILED
CLERK US DISTRICT COURT
NOV 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET SPECIALTIES WEST, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ISPWEST, a California company, MILON-DIGIORGIO ENTERPRISES, INC., a California Corporation, ACEWEB INTERNET, a California Company, and DOES 1 through 10<br><br>Defendants. | CV 05-3296 FMC (AJWx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br><br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

This action having come on for trial, the Honorable Florence-Marie Cooper, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and the Court having rendered its Findings of Fact and Conclusions of Law Re: Equitable Remedy and Equitable Defense of Laches,

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT JUDGMENT on all causes of action is entered in favor of Plaintiff Internet Specialties West, Inc. ("ISWest") and against Defendants ISPWest, Milon-DiGiorgio Enterprises, Inc., and AceWeb Internet.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants ISPWest, Milon-DiGiorgio Enterprises, Inc., and AceWeb Internet, their agents, servants, representatives, successors, assigns and others in active concert or participation with them, are permanently enjoined and restrained from:

(1) Utilizing any of any of ISWest's marks or any variation, derivative or shorthand notation thereof, or any terms similar thereto, including ISPWest, in connection with any product or service, or sham products or services, in any medium, which would give rise to a likelihood of confusion as to the source of such products or services;

(2) From soliciting any business under ISWest's marks or terms similar thereto, including ISPWest;

(3) From passing themselves off as being associated with ISWest; and

(4) From committing any other unfair business practices directed towards obtaining for themselves the business and customers of ISWest.

The Court shall retain jurisdiction to enforce this Judgment and Permanent Injunction.

November 14, 2006

FLORENCE-MARIE COOPER, Judge
UNITED STATES DISTRICT COURT