# UNITED STATES DISTRICT COURT
## Central District of California

Internet Specialties West, Inc.

**BILL OF COSTS**

CLERK, U.S. DISTRICT COURT
FILED
JAN 11 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

v.

Case Number: 05-3296 FMC (AJWx)

ISPWest, Milon-DiGiorgio Enterprises, Inc., and AceWeb Internet

RECEIVED BUT NOT FILED (Doc #255)

Judgment having been entered in the above entitled action on November 14, 2006 against Milon Di-Giorgio Enterp. Inc.,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | $1,817.50 ~~2,011.10~~ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | 0.00 |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) JS-5/JS-6 ___ JS-2/JS-3 ___ | $9,187.78 ~~10,541.97~~ |
| Fees and disbursements for printing ........ Scan Only ___ (The costs of copies of an exhibit attached to a document necessarily filed and served.) | $91.20 ~~433.10~~ |
| Fees for witnesses (itemize on page 2 of 3) | 5,366.78 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $4,708.83 ~~13,973.89~~ |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | 0.00 |
| **TOTAL** | $21,432.09 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

DOCKETED ON CM JAN 11 2007

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was ~~mailed today with postage prepaid to~~ William E. Lloyd, Esq. (counsel for defendant) . personally served today

on _/s/_  
Signature of Attorney

William A. Delgado  
Name of Attorney

BY ___ 112

For: Internet Specialties West, Inc.
Name of Claiming Party

Date: 11/29/06

278

Costs are taxed in the amount of $21,432.09 and included in the judgment.

By: _/s/ Matthews_
Deputy Clerk

Date: 1/11/07

Clerk of Court SHERRI R. CARTER

---

CV-59 (12/03)      BILL OF COSTS      Page 1 of 3

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| For Deposition | | | | | | | |
| Michael Toland | 1 | $40 | | | | | $40.00 |
| Irwindale, CA   91706 | | | | | | | |
| Geneva Bell | 1 | $40 | | | 64 | $15.42 | $55.42 |
| Chatsworth, CA   91311 | | | | | | | |
| Ruby Domingo | 1 | $40 | | | 52 | $12.66 | $52.66 |
| Northridge, CA 91325 | | | | | | | |
| Keith Scheffer | 1 | $40 | | | 10 | $4.85 | $44.85 |
| Ferndale, WA   98248 | | | | | | | |
| Jack Sapongian c/o Sitrick & Co. 1840 Century Park East Suite 800 Los Angeles, CA   90067 | 1 | $40 | | | 24 | $11.64 | $51.64 |
| Roman Castro c/o Video Products Group 1380 Flynn Road Camarillo, CA  93012 | 1 | $40 | | | 20 | $9.95 | $49.95 |
| Dr. Sandra Cogan | 1 | | | | | | $3,125.00 |
| Ralph Sims | 1 | | | | | | $1,420.00 |
| | | | | | | TOTAL | $4,839.52 |

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **For Trial** | | | | | | | |
| Elizabeth Garfield | 1 | $40 | | | 78 | $37.83 | $77.83 |
| Westlake Village, CA 91361 | | | | | | | |
| Geneva Bell | 1 | $40 | | | 64 | $31.04 | $71.04 |
| Chatsworth, CA 91311 | | | | | | | |
| Jack Sapongian | 1 | $40 | | | 48 | $23.28 | $63.28 |
| Reseda, CA 91335 | | | | | | | |
| Karleen Volz | 1 | $40 | | | 80 | $38.80 | $78.80 |
| Simi Valley, CA 93063 | | | | | | | |
| Michael Toland | 1 | $40 | | | 33 | $16.01 | $56.01 |
| Irwindale, CA 91706 | | | | | | | |
| Robert Kirsch | 1 | $40 | | | 90.8 | $44.04 | $84.04 |
| Newbury Park, CA 91320 | | | | | | | |
| Roman Castro | 1 | $40 | | | 116 | $56.26 | $96.26 |
| Fillmore, CA 93015 | | | | | | | |
| | | | | | **TOTAL** | | $527.26 |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)